## MOLLENDORF v. SHEPHERD et al.

### No. 11427.

Circuit Court of Appeals, Ninth Circuit.

Feb. 11, 1947.

J. H. Felton, of Moscow, Idaho, for appellant.

Ezra R. Whitla and E. T. Knudson, both of Coeur d'Alene, Idaho, for appellees.

Before DENMAN, HEALY, and ORR, Circuit Judges.

PER CURIAM.

This appeal is from a judgment of the district court on a directed verdict in a suit between citizens of different states. Appellant, plaintiff below, sought damages for alleged abuse of the trial court's process in a misdemeanor prosecution in the probate court of the State of Idaho. The case was tried to a jury in the court below. The court instructed a verdict for the defendants. The evidence sustains the instruction.

The judgment is affirmed.